UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CRUMWELL, on behalf of herself and all other persons similarly situated,<br><br>                 Plaintiffs,<br><br>  -against-<br><br>THE LAUNDRESS, LLC,<br><br>                 Defendant. | Case No. 1:21-CV-9494-KPF<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE** that Reynold Lambert of Lowenstein Sandler LLP is admitted to practice in this Court and hereby enters his appearance in the above-captioned matter on behalf of Defendant The Laundress, LLC as counsel of record. Undersigned counsel respectfully requests that all future notices and other papers in this matter be served upon him accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 22, 2021 | */s/    Reynold Lambert*<br>Reynold Lambert<br>**LOWENSTEIN SANDLER LLP**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (973) 597-6340<br>Facsimile: (973) 597-6341<br>rlambert@lowenstein.com<br><br>*Attorneys for Defendant* |